UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RENEE CASTANEDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:20CV262 ACL |
| ) | |
| RONALD RICHMOND, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be and it is entered in favor of Defendants Ronald Richmond, M.D. and Cape Girardeau Surgical Clinic, Inc., and against Plaintiff Renee Castaneda on Plaintiff's Complaint.

Dated this 23rd day of May, 2023.

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE