UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RENEE CASTANEDA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ) ) |
| SAINT FRANCIS MEDICAL CENTER, et al., | ) Case No. 1:20CV262 ACL ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On this date, Defendant Saint Francis Medical Center filed a Motion for Dismissal With Prejudice, stating that this case was settled at mediation as to Defendant Saint Francis Medical Center and all settlement proceeds were paid to Plaintiff and her counsel. (Doc. 126)

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendant Saint Francis Medical Center are **dismissed with prejudice**. Each party shall bear its own costs.

                                                        /s/ Abbie Crites-Leoni
                                                        ABBIE CRITES-LEONI
                                                        UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of September, 2023.