# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3381
_____

Renee Castaneda

Plaintiff - Appellant

v.

Dr. Ronald Richmond, M.D.; Cape Girardeau Surgical Clinic, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cv-00262-ACL)
_____

## JUDGMENT

Before COLLOTON, Chief Judge, LOKEN, and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the district court's summary judgment order is affirmed in accordance with the opinion of this Court.

January 07, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik